UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VEDELMA L. ZEIGLER                                    CIVIL ACTION

VERSUS                                                NO. 18-5216

LAKEVIEW MEDICAL CENTER, LLC                          SECTION: M (1)
d/b/a LAKEVIEW REGIONAL MEDICAL
CENTER

## ORDER AND REASONS

On July 23, 2018, defendant University Healthcare System, L.C., formerly and at all relevant times known as Lakeview Medical Center, LLC ("UHS"), filed a motion to strike the "pattern and practice" allegations in paragraph 13 of the Complaint.[1] The motion was set for submission on August 15, 2018.[2]

Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion must be filed no later than eight days before the noticed submission date. Plaintiff Vedelma L. Zeigler has not filed a memorandum in opposition to the aforementioned motion to strike.

Accordingly, because the motion to strike is unopposed, and it appearing to the Court that the motion has merit,

IT IS ORDERED that UHS's motion to strike (R. Doc. 9) is GRANTED as unopposed, and the allegations contained in paragraph 13 of the Complaint (R. Doc. 1) are hereby stricken.

---

[1] R. Doc. 9.
[2] R. Doc. 9-2.

New Orleans, Louisiana, this 2nd day of October 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE